# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

OSAZUWA AWANBOR

VERSUS

DELORES L. WILLIAMS, GEICO
INSURANCE COMPANY, RHORER
PROPERTIES, LLC, AND HEY
PENELOPE, L.L.C.

NO.   2024 CW 1149

**JANUARY 29, 2025**

---

In Re:    Osazuwa Awanbor, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          713559.

---

**BEFORE:    WOLFE, MILLER, AND GREENE, JJ.**

   **WRIT DENIED.**

SMM
HG

   **Wolfe, J.**, concurs. The criteria set forth in **Herlitz Const.
Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878
(La. 1981) (*per curiam*), are not met.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT